IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RBC BANK (USA), a North Carolina
banking corporation,

   Plaintiff,
vs.               CASE NO. 5:11cv204/RS-EMT

JAMES D. HOLSOMBAKE,
an Individual,

   Defendant.
_____/

## ORDER

Before me is the Joint Report (Doc. 12).

**IT IS ORDERED**:

1. All discovery shall be completed not later than February 15, 2012.

2. This case is scheduled for jury trial in Panama City on May 21, 2012, beginning at 8:30 a.m.

3. Counsel are directed to file an amended joint report with deadlines consistent with this Order not later than September 30, 2011.

**ORDERED** on September 20, 2011.

            /S/ Richard Smoak_____
            **RICHARD SMOAK**
            **UNITED STATES DISTRICT JUDGE**