# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**RBC BANK (USA), a North Carolina banking corporation,**

      **Plaintiff,**

v.                                      **CASE NO. 5:11-cv-204-RS-EMT**

**JAMES D. HOLSOMBAKE,**

      **Defendant.**

_____/

## ORDER

The relief requested in Plaintiff's Motion for Final Summary Judgment (Doc. 25) is **GRANTED**.  Pursuant to N.D. Fla. Loc. R. 7(C)(1), "[f]ailure to file a responsive memorandum may be sufficient cause to grant the motion."  No response was filed in this case.

**ORDERED** on December 28, 2011.

                                        <u>/S/ Richard Smoak</u>
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**